UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NINO STEA,

                          Plaintiff,

    -against-

KOHL'S DEPARTMENT STORES, INC.,
KOHL'S ILLINOIS, INC., KOHL'S NEW
YORK, D.C., INC., and JOHN D. AND
CATHERINE T. MACARTHUR
FOUNTATION,

                          Defendants.
------------------------------------------------------------x

**MEMORANDUM & ORDER**

12-cv-5785 (ENV) (RML)

VITALIANO, D.J.,

      On September 18, 2013, Magistrate Judge Robert M. Levy issued his Report and Recommendation ("R&R") that plaintiff's complaint be dismissed for failure to prosecute this action, pursuant to Federal Rule of Civil Procedure 4(m), and for failure to comply with Judge Levy's August 27, 2013 Order to Show Cause why such relief should not be granted.

      In reviewing an R&R of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). A district judge is required to "make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made" by any party, Fed. R. Civ. P. 72(b), but where no timely objection has been made, the "district court need only satisfy itself that there is no clear error on the

1

face of the record" to accept a magistrate judge's Report and Recommendation. *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

The R&R gave proper notice that any objection must have been filed within 14 days. Neither plaintiff nor defendants have objected to Judge Levy's R&R within the time prescribed by 28 U.S.C. § 636(b)(1). In accord with the applicable standard of review, the Court finds Judge Levy's R&R to be correct, well-reasoned, and free of any clear error. The Court, therefore, adopts it in its entirety as the opinion of the Court.

Accordingly, the complaint is dismissed with prejudice for failure to prosecute this action. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated:     Brooklyn, New York
          October 9, 2013

s/. ENV

_____
ERIC N. VITALIANO
United States District Judge

2